UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **HECTOR FLORES,**<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**COMMISSIONER, SOCIAL**<br>**SECURITY ADMINISTRATION,**<br>　　　　　　　　Defendant. | 6:14-cv-01374-CL<br><br>ORDER AWARDING<br>ATTORNEY FEES<br>PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE ACT |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $6,176.56 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 26 day of August, 2015.

_____
United States Magistrate Judge

PRESENTED BY:

*/s/ Max Rae*
MAX RAE, OSB# 81344
(503) 363-5424
Attorney for Plaintiff, Hector Flores

Page 1.　ORDER AWARDING EAJA ATTORNEY FEES – FLORES v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:14-cv-01374-CL